1  Rosemary M. Rivas (SBN 209147)
   rrivas@zlk.com
2  **LEVI & KORSINSKY LLP**
   44 Montgomery Street, Suite 650
3  San Francisco, CA 94104
   Telephone: (415) 291-2420
4  Facsimile: (415) 484-1294

5  *Attorneys for Plaintiff*

6  *[Additional Counsel on Signature Page]*

7

8                   **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
9                       **SAN JOSE DIVISION**

10 MICHAEL KREINDLER, Individually and On        Case No. 5:17-cv-01353-EJD
   Behalf of All Others Similarly Situated,
11                                               CLASS ACTION
                    Plaintiff,
12                                               **FINAL STIPULATION AND**
                                                 **[PROPOSED] ORDER CONCERNING**
13      v.                                       **PLAINTIFF'S COUNSEL'S FEES AND**
                                                 **EXPENSES**
14 ZELTIQ AESTHETICS, INC., MARK J.
   FOLEY, D. KEITH GROSSMAN, DAVID J.            Judge: Edward J. Davila
15 ENDICOTT, MARY M. FISHER, KEVIN C.            Courtroom: Courtroom 4 – 5th Floor
   O'BOYLE, and ANDREW SCHIFF,
16
17                  Defendants.

18

19

20      WHEREAS, on February 13, 2017, Zeltiq Aesthetics, Inc. ("Zeltiq" or the "Company") and

21 Allergan Holdco US, Inc. ("Allergan") announced that they had entered into an Agreement and Plan

22 of Merger pursuant to which Allergan would acquire all of the outstanding shares of Zeltiq for

23 $56.50 per share in cash through a long-form merger (the "Proposed Transaction");

24      WHEREAS, on March 9, 2017, the Company filed a Preliminary Proxy on Schedule 14A

25 (the "Proxy") with the SEC.  Among other things, the Proxy (i) summarized the Merger Agreement,

26 (ii) provided an account of the events leading up to the execution of the Merger Agreement,

27 (iii) stated that Zeltiq's Board of Directors determined that the Proposed Transaction was in the best

28

                                                 1              Case No. 5:17-cv-01353-EJD

1  interests of Zeltiq's stockholders and recommended the Proposed Transaction, and (iv) summarized

2  the valuation analyses and fairness opinion by the financial advisor to Zeltiq;

3      WHEREAS, on March 13, 2017, plaintiff Michael Kreindler ("Plaintiff Kreindler") filed a

4  purposed class action lawsuit in the United States District Court for the Northern District of

5  California, on behalf of himself and other public stockholders of Zeltiq, challenging the adequacy

6  of the disclosures made in the Proxy, captioned *Kreindler v. Zeltiq Aesthetics, Inc., et al.*, Case

7  No. 3:17-cv-1353 ("Kreindler Action");

8      WHEREAS, the complaint alleged, among other things, that Defendants Zeltiq, Mark J.

9  Foley, D. Keith Grossman, David J. Endicott, Mary M. Fisher, Kevin C. O'Boyle, and Andrew

10  Schiff (collectively, the "Defendants") committed disclosure violations under Sections 14(a) and

11  20(a) of the Securities and Exchange Act of 1934 (the "Exchange Act"), and Rule 14a-9 promulgated

12  thereunder;

13      WHEREAS, on March 29, 2017, Plaintiff Kreindler filed a Motion for Preliminary

14  Injunction, seeking to enjoin the stockholder vote scheduled for Friday, April 27, 2017, regarding

15  the Proposed Transaction;

16      WHEREAS, counsel for the parties engaged in arm's-length negotiations to attempt to

17  resolve the claims raised in the Complaint;

18      WHEREAS, as a result of negotiations between the parties, defendant Zeltiq filed an

19  amendment to its Definitive Proxy Statement on April 11, 2017, which included supplemental

20  disclosures (the "Supplemental Disclosures") that Plaintiff Kreindler concluded rendered moot the

21  claims raised in his Motion for Preliminary Injunction (which was subsequently withdrawn);

22      WHEREAS, on April 27, 2017, the Zeltiq stockholders met and voted to approve the

23  Proposed Transaction;

24      WHEREAS, on May 22, 2017, Plaintiff filed a Stipulation of Dismissal, joined by

25  Defendants, agreeing to dismiss Plaintiff's claims with prejudice, and preserving the Court's

26  jurisdiction for a potential application for attorney's fees and expenses ("the Fee and Expense

27  Application");

28

2                                          Case No. 5:17-cv-01353-EJD
FINAL STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S
COUNSEL'S FEES AND EXPENSES

1   WHEREAS, on May 23, 2017, the Court entered an Order (the "Dismissal Order") that,

2   among other things, dismissed all of Plaintiff's claims with prejudice as to Plaintiff only and without

3   prejudice as to all other members of the putative class, and directed the clerk to close the case;

4   WHEREAS, subsequent to the entry of the Dismissal Order, the parties negotiated at arms'-

5   length to resolve the Fee and Expense Application;

6   WHEREAS, on or around July 17, 2017, the parties reached agreement with respect to the

7   Fee and Expense Application, without the need of further litigation, which fees and expenses (the

8   "Agreed Fee") shall be paid within fourteen (14) days of the later of the entry of this [Proposed]

9   Order Closing the Action and a similar order closing the action entitled *Parshall v. Zeltiq Aesthetics,*

10  *Inc.* Case No 1:17-cv-00270, in the U.S. District Court for the District of Delaware;

11  WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that

12  no claim asserted in the Action was ever meritorious;

13  NOW, THEREFORE, it is hereby stipulated and agreed, subject to approval by this Court,

14  by these parties, through their counsel of record, as follows:

15  1.      Defendants shall pay to Plaintiff the Agreed Fee within fourteen (14) days of the entry

16  of this Order.

17  2.      The Case is closed for all purposes.

18  Dated: July 27, 2017                                    Respectfully submitted,

19
                                                           */s/ Rosemary M. Rivas*
20                                                         Rosemary M. Rivas
                                                           LEVI & KORSINSKY LLP
21                                                         44 Montgomery Street, Suite 650
                                                           San Francisco, CA 90071
22                                                         Tel.: (415) 291-2420
                                                           Fax: (415) 484-1294
23

24                                                         *Counsel for Plaintiff Kreindler*

25

26

27

28

3                    Case No. 5:17-cv-01353-EJD
FINAL STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S
COUNSEL'S FEES AND EXPENSES

1   Dated: July 27, 2017                        /s/ Peter Adams
2                                               Peter Adams
                                                COOLEY LLP
3                                               4401 Eastgate Mall
                                                San Diego, CA  92121-1909
4                                               Tel.: (858) 550-6059
                                                Fax: (858) 550-6420
5
6                                               *Counsel for Defendants*

7                           **FILER'S ATTESTATION**

8         Pursuant to Civil Local Rule 5-1 regarding signatures, I attest under penalty of perjury that

9   the concurrence in the filing of this document has been obtained from all signatories.

10
                                                /s/ Rosemary M. Rivas
11                                                 Rosemary M. Rivas

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FINAL STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S
COUNSEL'S FEES AND EXPENSES

1                              **[PROPOSED] ORDER**

2        Based on the parties' stipulation and the good cause described therein, the Court GRANTS

3 the stipulation as follows:

4        1.      Defendants shall pay to Plaintiff the Agreed Fee within fourteen (14) days of the entry

5 of this Order.

6        2.      The Case is closed for all purposes.

7        **IT IS SO ORDERED.**

8

9 Dated: _____

10                                     Honorable Edward J. Davila

11                                     United States District Court Judge

FINAL STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S
COUNSEL'S FEES AND EXPENSES